UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-2424-MWF(JEMx)**                               Dated: **June 5, 2015**

Title:    Methodist Hospital of Southern California -v- AT and T Services, Inc., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Cheryl Wynn                                             None Present
Courtroom Deputy                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                            None Present

PROCEEDINGS (IN CHAMBERS):           COURT ORDER

   In light of the Joint Notice of Conditional Settlement filed June 4, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for **July 6, 2015 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

   **IT IS SO ORDERED.**

MINUTES FORM 90                                         Initials of Deputy Clerk    cw
CIVIL - GEN