JS-6

FILED
CLERK, U.S. DISTRICT COURT

8/5/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| METHODIST HOSPITAL OF SOUTHERN CALIFORNIA, a non-profit public benefit corporation, | Case No.: 2:15-cv-02424-MWF-JEM |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL** |
| v. | |
| AT&T, INC., a Delaware for profit corporation; and DOES 1 THROUGH 25, INCLUSIVE, | Complaint filed: February 20, 2015 |
| Defendants. | |

1    Based on the stipulation and request of the Parties, and the facts
2 set forth therein, the Court finds good cause for entry of the Order requested
3 by the Parties.  The entire action shall be dismissed with prejudice as to all
4 parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.
5 Each party is to bear its own costs and fees.

7    The Clerk shall close the file.  All deadlines are hereby VACATED.

9    IT IS SO ORDERED

12  Dated:  August 5, 2015              _____
13                                       Honorable Michael W. Fitzgerald

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
CALIFORNIA